IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANNON VALEZ,
        Plaintiff,

v.

MICHAEL J. ASTRUE,
*COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION*,
        Defendant.

:
:
:
:
:   CIVIL ACTION
:
:   NO. 10-2681
:
:
:
:
:

## ORDER

AND NOW, this ___ of March, 2011, upon consideration of the parties' submissions in regards to Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 10), and after careful review of the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation dated February 3, 2011, is hereby **APPROVED** and **ADOPTED**;

2. The Plaintiff's Request for Review is **GRANTED IN PART and DENIED IN PART**; and

3. The matter shall be remanded for an opinion by a medical expert as to whether J.M.A.'s limitations rise to the level of "marked" with respect to the domains of interacting and relating with others, and self care.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **REMANDED**.

**BY THE COURT**:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**